UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. CLERK
NOV - 4 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Christopher James Carroll
vs.
United States of America

3:19CR163RGJ

Rebecca Grady Jennings

## MOTION

### MOTION FOR REMOVAL OF COUNSEL AND APPOINTMENT OF PUBLIC DEFENDER

Comes now Christopher James Carroll, pro se before the court in the aboved styled action, and, in support of said motion does present the following before the court:

1) Defendant, who is a first time offender, was sentenced by the court on November 10, 2020 by virtue of a plea agreement to 120 months incarceration followed by 120 months supervised release for the violation of 18 U.S.C. 2252A.

2) Defendant has been incarcerated without interuption since January 13, 2020 and was just relocated to Federal Correctional Institution Ashland from Grayson County Dentention Center on June 15, 2021.

3) Defendant has been found indigent by the court both during pretrial services and on sentencing on November 10, 2020.

In regards to removal of counsel, defendant contends that a motion is being filed with the court for ineffective assistance of counsel against attorney Brian Butler. Therefore, defendant believes it would be a conflict of interest to let attorney Brian Butler continue to represent the defendant.

In regards to appointment of public defender, defendant contends that the court has found the defendant indigent. Defendant believes that with the motions being filed with the court, it would be in the best interest of the defendant to receive counsel.

The defendant herby prays that the court considers all parts in the above motion and comes to a reasonable conclusion.

Respectfully submitted this 1st day of November, 2021

*Carroll*
_____
Christopher J. Carroll
Defendant 3:19CR163RGJ



Christopher James Carroll
19665-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

INMATE LEGAL MAIL

FILED
JAMES J. VILT, JR. - CLERK
NOV - 4 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CERTIFIED MAIL
7020 3160 0001 9707 7774

Gene Snyder United States Courthouse
Judge Rebecca Grady Jennings
601 West Broadway Street, Suite 106
Louisville, KY 40202-2238