UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
NOV - 4 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Christopher James Carroll

vs.

United States of America

3:19CR163RGJ

Rebecca Grady Jennings

## MOTION

### MOTION FOR RESENTENCING DUE TO INEFFECTIVE COUNSEL AND PROSECUTORIAL MISCONDUCT

Comes now Christopher James Carroll, pro se before the court in the above styled action, and, in support of said motion does present the following before the court:

1) Defendant, who is a first time offender, was sentenced by the court on November 10, 2020 by virtue of a plea agreement to 120 months incarceration, followed by 120 months supervised release for the violation of 18 U.S.C. 2252A. Defendants sentencing guideline range was 97 - 121 months.

2) Defendant has been incarcerated without interuption since January 13, 2020 and has maintained employment as a cokk in the food service department at FCI Ashland where he has been a model prisoner who has not received any disciplinary actions.

3) Defendant has applied for enrollment for various educational programs, however, due to COVID-19 restrictions has been unable to start programming.

In regard to ineffective assistance of counsel, defendant contends that counsel redacted parts of the discovery heavily and refused to show parts of the discovery to defendant. Counsel still refuses to send the defendant a copy of the full discovery that was provided to counsel by the prosecution via a removable thumbdrive. Counsel refused to ask the prosecution for disclosure of the full discovery in the instant offense. Counsel has also failed to respond to the defendant regarding questions about having the full discovery. Counsel also

refused to argue certain enhancements that the defendant asked counsel to argue during sentencing. Counsel did not advise the defendant regarding the possible outcome should the defendant refuse the plea agreement except that the defendant would be facing life.

In regard to prosecutorial misconduct, defendant contends that the prosecution refused to disclose the discovery involving the above case. Prosecution charged the defendant with a crime and never disclosed the discovery for that said crime. Prosecution also coherced defendant into accepting the plea agreement by advising the defendant that should he refuse the plea agreement additional charges would be filed to make sure the defendant would receive at least 120 months of incarceration in the Federal Bureau of Prisons.

Defendant was only 18-19 years old when his 17 year old fiance, ███████ (Victim S.B.), sent him nude photographs of herself via text message and social media. The law is very fickle in such matters. Defendant could legally engage in a sexual relation with the victim. Defendant and his victim could leagally be married, which they still intend. However, because she was 17 years old - only about six months from being 18 - when she sent her fiance whom she had been dating since April 20, 2017, a nude photograph via social media and text message, the federal government made the defendant into a criminal guilty of receipt of child pornography (18 U.S.C. 2252A). It should be noted that the photos the victim took were photos that she had produced herself while in a sexual relationship with the defendant, her fiance. It should also be noted that the victim (S.B.) has told prosecution and the court that she is not a victim and does not want to be classified as one.

The defendant hereby prays that the court considers all things in the above motion and comes to a reasonable conclusion.

Respectfully submitted this 1st day of November, 2021

*[signature]*

Christopher James Carroll
Defendant 3:19CR163RGJ



Christopher James Carroll
19665-033
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

INMATE LEGAL MAIL

FILED
JAMES J. VILT, JR. - CLERK
NOV - 4 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CERTIFIED MAIL
7020 3160 0001 9707 7774

Gene Snyder United States Courthouse
Judge Rebecca Grady Jennings
601 West Broadway Street, Suite 106
Louisville, KY 40202-2238