UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                Plaintiff

v.                                                                          Criminal Action No. 3:19-CR-163-RGJ
                                                                            Civil Action No. 3:22-CV-149-RGJ

CHRISTOPHER JAMES CARROLL                                                              Defendant

\* \* \* \* \*

## ORDER

Movant/Defendant Christopher James Carroll filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [DE 62] and an amended § 2255 motion [DE 63]. Upon preliminary review of the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts,

**IT IS ORDERED** as follows:

(1) **The United States shall file its answer** to the § 2255 motion and amended § 2255 motion [DEs 62 and 63] **within 30 days** from entry of this Order. *See* Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

(2) **Carroll may file a reply memorandum within 30 days** from service of the United States' answer.

(3) This matter is **referred to Magistrate Judge Regina S. Edwards** pursuant to 28 U.S.C. § 636(b)(1)(A) & (B) for rulings on all non-dispositive motions; for appropriate hearings, if necessary; and for findings of fact, conclusions of law, and recommendations on any dispositive matter.

(4)   The Clerk of Court is **DIRECTED** to mail Carroll a copy of the *Pro Se* Prisoner Handbook.

Date: March 18, 2022

Rebecca Grady Jennings, District Judge
United States District Court

cc:   Movant/Defendant, *pro se*
      U.S. Attorney
      MJ Edwards
A961.005