UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRISTOPHER JAMES CARROLL                                               Petitioner

v.                                                            Civil Action No. 3:19-cr-163-RGJ-RSE

UNITED STATES OF AMERICA                                                Respondent

\* \* \* \* \*

### ORDER ACCEPTING REPORT AND RECOMMENDATION

Petitioner Christopher James Carroll ("Carroll") filed Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. [DE 63]. This matter was referred to United States Magistrate Judge Regina S. Edwards for report and recommendation. [DE 64]. Judge Edwards entered her Findings of Fact, Conclusions of Law, and Recommendation on November 28, 2022, recommending that the motion be denied and no certificate of appealability issue as to Carroll's claims. [DE 80].

Objections to the magistrate judge's recommendation were due within fourteen days after service. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Objections were thus due on December 13, 2022 and objections were never filed and the time for doing so has passed. This matter is now ripe for adjudication.

A district court may refer a motion to a magistrate judge for the preparation of a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(1). "A magistrate judge must promptly conduct the required proceedings . . . [and] enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court need not review under a *de novo* or any other

1

standard those aspects of the report and recommendation to which no specific objection is made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, because no party has objected to the Report and Recommendation, the Court may accept it without review. *See Thomas*, 474 U.S. at 150, 155. That said, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. For these reasons, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) The Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Regina S. Edwards [DE 80], are **ACCEPTED** in whole and **INCORPORATED** by reference.

(2) A Certificate of Appealability is **DENIED** as to all claims.

March 6, 2023

Rebecca Grady Jennings, District Judge
United States District Court

cc: Petitioner, pro se
Counsel of Record