UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRISTOPHER JAMES CARROLL                                           Petitioner

v.                                                                  Civil Action No. 3:19-cr-163-RGJ-RSE

UNITED STATES OF AMERICA                                            Respondent

* * * * *

## JUDGMENT

In accordance with the Order of the Court, **IT IS ORDERED AND ADJUDGED** as follows:

(1) Petitioner's Motion [DE 62/63] is **DISMISSED WITH PREJUDICE** and judgment is entered in favor of Respondent.

(2) The issuance of a certificate of appealability is **DENIED**.

(3) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the Court.

March 6, 2023

Rebecca Grady Jennings, District Judge
United States District Court

cc:   Petitioner, pro se
      Counsel of Record

1