May 28, 2023

Christopher J. Carroll #19665-033
Federal Correctional Institution
FCI ASHLAND
P.O. BOX 6001
Ashland, Kentucky 41105-6001

OFFICE OF THE COURT CLERK
Western District of Kentucky
Gene Snyder United States Courthouse
601 West Broadway; Suite 106
Louisville, Kentucky 40202-2238

FILED
JAMES J. VILT, JR. - CLERK
JUN 0 1 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

RE: CASE 3:19-CR-163-RGJ; DN 81

Office of the Court Clerk:

I am writing to request a document in the above case of United States v. Christopher J. Carroll. I have seen the order from the Honorable Judge Jennings posted on the docket sheet as DN 81 but have never received a copy of that order. As a pro se defendant in the case, I ask that the court send a copy of this order to the above address. Thank you for your assistance in this matter.

Sincerely,

Christopher J. Carroll
Pro Se, Defendant

Christopher J. Carroll #19665-033
Federal Correctional Institution
FCI ASHLAND
P.O. BOX 6001
Ashland, Kentucky 41105-6001

\* LEGAL MAIL ENCLOSED \*

19665-033
Office Of The Clerk
U.S. District Court
106 GENE Snyder Court HSE
601 W. Broadway
Louisville, KY 40202-2249
United States

Case Number: 3:19-CR-163-RGJ